```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


IN RE:                           )    CASE NO: 06-46038-659
                                 )
DELORES CLAYTON                  )
                                 )    CHAPTER 13
                                 )
                                 )
              DEBTOR(S)          )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
*EASY ADVANCE
*11821 ADIE RD                        $          262.98
*
*MARYLAND HEIGHTS MO
126365              63043


                                 /s/ John V. LaBarge, Jr.
                                 ------------------------------------
DATE: March 31, 2011             JOHN V. LABARGE, JR.,
                                 CHAPTER 13 TRUSTEE
                                 P.O. Box 430908
                                 St. Louis, MO 63143
BG -091                          (314) 781-8100   trust33@ch13stl.com
```